RECEIVED IN
The Court of Appeals
Sixth District

JUN 3 0 2015

Texarkana, Texas
Debra Autrey, Clerk

# IN THE COURT OF APPEALS
## Sixth Appellate District of Texas at Texarkana

# MOTION NOT TO REINSTATE APPEAL

## Nos. 06-15-00004-CV, 06-15-00005-CV, and 06-15-00006-CV

---

TO THE HONORABLE JUDGE OF THIS COURT:

Creditor's: Billie Murphy Tremble, Sharon Tremble Donaldson, Selia Tremble Shawkey, Wilmer Forrest Tremble, Jr. "The Tremble Family" aka "The Estate of Wilmer Forrest Tremble, Sr." files this disclosure statement in disagreement with Debtor, Energy Future Holdings Corp., Luminant Mining Company LLC and Subsidiaries.

---

This is in response to the June 20, 2015, MOTION TO REINSTATE APPEAL AND TO LIFT THE STAY ON THE BANKRUPTCY by Luminant Mining Company, LLC.

We the Tremble Family throw ourselves on the mercy of the Court of Appeals, Sixth Appellate District of Texas. We ask that the original decision the Stay be upheld by the Court of Appeals.